DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

24 JANUARY 2013

| 472P12 | State v. James Lester Vasquez and Jimmy Dean Locklear | 1. Def's (Locklear) *Pro Se* NOA Based Upon a Constitutional Question (COA12-346) | 1. Dismissed *Ex Mero Motu* |
|---|---|---|---|
| | | 2. Def's (Locklear) *Pro Se* PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Def's (Locklear) *Pro Se* Petition in the Alternative for *Writ of Certiorari* to Review Decision of COA | 3. Denied |
| | | 4. Def's (Vasquez) PDR Under N.C.G.S. § 7A-31 | 4. Denied<br>**Beasley, J., Recused** |
| 473P12 | State v. Cyrus Romale Davis | Def's *Pro Se* PWC to Review Decision of COA (COA11-694) | Denied |
| 480P12 | In Re: Charels Hollenback | Petitioner's *Pro Se* Motion for Petition for Actual Innocence (COAP12-937) | Dismissed |
| 482P12 | State v. Gary Clyde Keever | Def's PDR Under N.C.G.S. § 7A-31 (COA12-342) | Denied |
| 483P12 | State v. Jeffrey Scott Mullis | Def's PDR Under N.C.G.S. § 7A-31 (COA12-192) | Denied |
| 485P12 | State v. Phillip Torvin Hubbard | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1577) | Denied<br>**Beasley, J., Recused** |
| 487P12 | State v. Steven Franklin Ryan | 1. State's Motion for Temporary Stay (COA12-228) | 1. Allowed **11/26/12** Dissolved the Stay **01/24/13** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| | | 4. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 4. Dismissed as Moot |
| 488P10-2 | State v. Juan Carlos Ramirez | Def's *Pro Se* Motion for Petition for Actual Innocence of First Degree Murder and Statutory Rape of a Child | Dismissed |
| 491A93-3 | State v. Daniel Peterson | 1. Def's *Pro Se* PWC to Review the Order of Cumberland County Superior Court | 1. Denied |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |